## MOTION DOCKET

**00–281.   State ex rel. Hisle v. Indus. Comm.**
Franklin App. No. 98AP–1490. On request for oral argument. Request granted.

**00–358.   Kemppel v. Zaino.**
Board of Tax Appeals, No. 98–K–698. On motion for substitution of party by Russell E. Kemppel, personal administrator of the estate of Carrie M. Kemppel. Motion granted.

**00–505.   Farm Credit Serv. of Mid–America v. Zaino.**
Board of Tax Appeals, Nos. 97–T–889 and 98–T–333. This cause is pending before the court as an appeal and cross-appeal from the Board of Tax Appeals. Upon consideration of the motions of appellant/cross-appellee and appellee/cross-appellant for leave to file supplemental authority,

IT IS ORDERED by the court that the motions for leave to file supplemental authority be, and hereby are, granted.

IT IS FURTHER ORDERED by the court that the parties file the citation to the supplemental authority and a copy of the supplemental authority within seven days of the date of this entry.

**00–1145.   Davis v. Wal–Mart Stores, Inc.**
Cuyahoga App. No. 75224. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellants' motion to reschedule oral argument currently scheduled for March 28, 2001,

IT IS ORDERED by the court that the motion to reschedule oral argument be, and hereby is, denied.

**00–1323.   Michael v. Reliance Natl. Ins. Co.**
Franklin App. No. 99AP–1002. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the motion of *amicus curiae*, Ohio Academy of Trial Lawyers, to participate in oral argument scheduled for March 28, 2001,

IT IS ORDERED by the court that the motion to participate in oral argument be, and hereby is, granted, and the *amicus curiae* shall share the time allotted to appellant.

**00–1457.   State ex rel. Commt. for the Referendum of Ordinance No. 3543–00 v. White.**
In Mandamus. On relators' documentation and bill in support of award for attorney fees and costs. Relators are granted $22,356.25 in attorney fees and a refund of $140 in costs (security deposit and docket fee). Relators' request for additional fees is denied.

**00–1641.   State v. Holsinger.**
Fairfield App. No. 00CA06. On request for findings of fact and conclusions of law. Request denied.

**00–1700.   Internatl. Business Machines Corp. v. Zaino.**
Board of Tax Appeals, No. 99–K–616. On request for argument before full court. Request granted.

**00–1725.   Charvat v. Dispatch Consumer Serv., Inc.**
Franklin App. No. 99AP–1368. On motion to invite the Federal Communications Commission to appear as *amicus curiae*. Motion denied.

MOYER, C.J., and DOUGLAS, J., dissent.

**00–2044.   State ex rel. Ormond v. Solon.**
In Mandamus. On motion for sanctions for frivolous action by city of Solon and motion for sanctions for frivolous action by Cameratta Properties, L.P., and DiSanto Enterprises, Inc. Motions denied.

**00–2181.   Soler v. Evans, St. Clair & Kelsey.**
Franklin App. No. 99AP–1020. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Franklin County. Upon consideration of appellant's motion for stay of appeal pending decision on motion for reconsideration in Supreme Court case No. 00–2041,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied as moot.